Stephen C. Ruehmann, Esq. (167533)
*steve@ruehmannlawfirm.com*
Robin D. Shofner, Esq. (272552)
*robin@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel:    (916) 988-8001
Fax:    (916) 988-8002

Attorneys for Plaintiff,
JOSEPH PETTIT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PETTIT,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., as successor by merger to WELLS FARGO BANK SOUTHWEST, N.A. f/k/a WACHOVIA MORTGAGE, F.S.B. f/k/a WORLD SAVINGS BANK, F.S.B.; and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No.: CC 12-2350 PJH<br><br>**[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint filed: May 2, 2012 |

**[~~PROPOSED~~] ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice. All pending hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

7/5/12

_____
Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
STIPULATION FOR DISMISSAL OF ACTION