1  Stephen C. Ruehmann, Esq. (167533)
   *steve@ruehmannlawfirm.com*
2  Robin D. Shofner, Esq. (272552)
   *robin@ruehmannlawfirm.com*
3  **RUEHMANN LAW FIRM, P.C.**
4  9580 Oak Avenue Parkway, Suite 15
   Folsom, California 95630
5  Tel:   (916) 988-8001
   Fax:   (916) 988-8002
6
7  Attorneys for Plaintiff,
   JOSEPH PETTIT
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PETTIT, | Case No.: CC 12-2350 PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| WELLS FARGO BANK, N.A., as successor by merger to WELLS FARGO BANK SOUTHWEST, N.A. f/k/a WACHOVIA MORTGAGE, F.S.B. f/k/a WORLD SAVINGS BANK, F.S.B.; and DOES 1 to 100, inclusive, | Complaint filed: May 2, 2012 |
| Defendants. | |

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice. All pending hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

7/5/12

_____
Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
STIPULATION FOR DISMISSAL OF ACTION